STATE of Missouri, Respondent,

v.

Craig L. BROWN, Appellant.

No. WD 52547.

Missouri Court of Appeals,
Western District.

March 11, 1997.

Rosemary E. Percival, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Jacqueline K. Hamra, Assistant Attorney General, Jefferson City, for respondent.

Before ULRICH, C.J., P.J., and BERREY and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM.

Appeal from jury conviction of one count of robbery in the first degree, § 569.020 RSMo. 1994, a class A felony; and one count of armed criminal action, § 571.015 RSMo.1994, a class A felony.

Affirmed. Rule 30.25(b).